FILED: April 27, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-2349
(1:14-cv-01017-GBL-JFA)
(13-13625-RGM)

In re: HENRY S. FITZGERALD

Debtor

------------------------------

HENRY S. FITZGERALD

Debtor - Appellant

v.

THOMAS P. GORMAN, Chapter 13 Trustee

Trustee - Appellee

------------------------------

NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS

Amicus Supporting Appellant

## JUDGMENT

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK